*John S. Burtis* v. *Isaac H. Dodge.* H. G. ONDERDONK, for appellant; W. K. THORNE, for respondent. Decree of the surrogate modified so as to direct the payment by the appellant of $482 26 only. Appellant to pay respondent costs of the appeal.

*Elijah Mann* v. *William H. Cooper et al.* M. T. REYNOLDS, for appellant; W. F. ALLEN, for respondent. Order appealed from affirmed with costs and proceedings remitted.

*William Drew, adm'r &c.* v. *Dennis Dwyer.* DAVID WRIGHT, for appellant; S. P. NASH, for respondent.— Order appealed from reversed, and injunction dissolved.— Costs of defendant in opposing the motion in the court below, to abide the event of the suit; and neither party to have costs as against the other upon the appeal. Complainant to have leave to apply to vice chancellor to revive the injunction after the verdict shall have become absolute.

*Joseph Dart, Jun.* v. *George Palmer.* A. TABER, for appellant; M. T. REYNOLDS, for respondent. Decretal order appealed from reversed, but without costs. Demurrer allowed, with the costs thereof and of the argument before the vice chancellor; but with liberty to complainant to amend his bill, within 60 days; by making Allen and the representatives of Pratt parties. If amendment is not made, bill to be dismissed, with costs.